# EXHIBIT 2

**Claim Chart – Infringing Defendants' Anti-Choking Device**
**U.S. Pat. No. 10,052,115**

| Claim Limitation | Plaintiff-Counterclaim Defendants Anti-Choking Devices ("Accused Devices") |
|---|---|
| [1p] A choking intervention device, comprising: | The preamble is limiting. The Accused Devices are choking intervention devices.<br> |

| Claim Limitation | Plaintiff-Counterclaim Defendants Anti-Choking Devices ("Accused Devices") |
|---|---|
| | **About this item**<br><br>• Advanced Anti Choking Device Kit: Advanced Device Designed To Clear Liquid And Foreign Material Effective In a Situation. Give You Another Reliable Choice.<br>• EASY TO USE: The Anti Choking Device was Designed To Be Easy To Use; Easy Enough That If You Live Alone, You Can Use It On Yourself In a Choking Emergency<br>• Updated Anti-Choking Device:Patented Design Device More Efficient and Stronger Power Helps You Remove Directly and Quickly Through<br>• Come With A Bag: The Anti Choking Device is Compactable, Lightweight, Reusable And Easy To Carry Outside With You. A Small Set To Take Your Worries Away. Set For Your Family At Home And In The Trunk Of The Car. Perfect For Home, School, Travel And Outdoor.<br>• Save Life& Never Expires Kits:This Anti-Choking Kit Never Expires But You Should Check Masks Periodically and Strongly Consider Replacing Them Every Three Years. |

| Claim Limitation | Plaintiff-Counterclaim Defendants Anti-Choking Devices ("Accused Devices") |
|---|---|
|  |  |

| Claim Limitation | Plaintiff-Counterclaim Defendants Anti-Choking Devices ("Accused Devices") |
|---|---|
|  | **Anti-Choke Device**<br><br>Essential Rescue Device for Choking Emergency<br><br>[HANDLE] Easy to use by everybody. — HANDLE<br>[PLUNGER] Generate negative pressure.<br>[VENT VALVE] Discharge air from main body to ensure it can generate strong suction. — PLUNGER<br>[FACE MASK] Super soft face mask, gentle to skin and no worry of skull trauma. — VENT VALVE<br>[INCLUDE] Adult Mask / Pediatrec Mask — FACE MASK |
| [1a] a bellows assembly configured to clear an object obstructing a breathing passage of a choking victim comprising: | The Accused Devices are configured to clear an object obstructing a breathing passage of a choking victim. The bellows assembly has a portion configured to contract when pushed, which expels air out of the bellows assembly, and expand when pulled, which draws a vacuum that clears an object obstructing the breathing passage of the choking victim. |

| Claim Limitation | Plaintiff-Counterclaim Defendants Anti-Choking Devices ("Accused Devices") |
|---|---|
| |  |

| Claim Limitation | Plaintiff-Counterclaim Defendants Anti-Choking Devices ("Accused Devices") |
|---|---|
|  |  |

| Claim Limitation | Plaintiff-Counterclaim Defendants Anti-Choking Devices ("Accused Devices") |
|---|---|
| | Alternatively, the Accused Devices have the equivalent of a bellows assembly configured to clear an object obstructing a breathing passage of a choking victim that accomplishes the same function, in the same way, to achieve the same result. |

| Claim Limitation | Plaintiff-Counterclaim Defendants Anti-Choking Devices ("Accused Devices") |
|---|---|
| [1b] a bellows having a base with an opening configured to provide an access to an interior volume of the bellows assembly; | The Accused Devices include a bellows having a base with an opening configured to provide an access to an interior volume of the bellows assembly. Airflow may pass through the opening to the interior volume.<br><br>[Image of accused device with labels: Bellows, Base, Opening]<br><br>Alternatively, the Accused Devices have the equivalent of a bellows having a base with an opening configured to provide an access to an interior volume of the bellows assembly that accomplishes the same function, in the same way, to achieve the same result. |
| [1c] a handle provided on the bellows at a side opposite the base; | The Accused Devices include a handle provided on the bellows at a side opposite the base. |

8

| Claim Limitation | Plaintiff-Counterclaim Defendants Anti-Choking Devices ("Accused Devices") |
|---|---|
| |  Alternatively, the Accused Devices have the equivalent of a handle provided on the bellows at a side opposite the base that accomplishes the same function, in the same way, to achieve the same result. |

| | |
|---|---|
| [1d] a facemask coupled to the base of the bellows and configured to enclose the choking victim's mouth and nose; and | The Accused Devices include a facemask coupled to the base of the bellows that is configured to enclose a choking victim's mouth and nose.<br><br> |

10

Victim's mouth and nose



| Claim Limitation | Plaintiff-Counterclaim Defendants Anti-Choking Devices ("Accused Devices") |
|---|---|
| | Alternatively, the Accused Devices have the equivalent of a facemask coupled to the base of the bellows and configured to enclose the choking victim's mouth and nose that accomplishes the same function, in the same way, to achieve the same result. |
| [1e] at least one relief valve configured to allow air to escape from inside the bellows assembly when the bellows is compressed and prevent air from entering the bellows assembly when the bellows is expanded; | The Accused Devices include at least one relief valve configured to allow air to escape from inside the bellows assembly when the bellows is compressed and prevent air from entering the bellows assembly when the bellows is expanded. The air passes through the relief valve (described below as a "one-way valve system") and exits the base via vents on the bottom surface.

[Image of yellow and white anti-choking device with label "Vents" pointing to openings on the yellow top surface] |

| Claim Limitation | Plaintiff-Counterclaim Defendants Anti-Choking Devices ("Accused Devices") |
|---|---|
| |  Relief Valve |



| Claim Limitation | Plaintiff-Counterclaim Defendants Anti-Choking Devices ("Accused Devices") |
|---|---|
|  | Alternatively, the Accused Devices have the equivalent of at least one relief valve configured to allow air to escape from inside the bellows assembly when the bellows is compressed and prevent air from entering the bellows assembly when the bellows is expanded that accomplishes the same function, in the same way, to achieve the same result. |
| [1f] wherein the at least one relief valve is disposed on at least one of the bellows assembly, and the facemask. | The Accused Devices include the at least one relief valve disposed on the base of the bellows, which is part of the bellows assembly.<br><br>Vents |

| Claim Limitation | Plaintiff-Counterclaim Defendants Anti-Choking Devices ("Accused Devices") |
|---|---|
| |  |



| Claim Limitation | Plaintiff-Counterclaim Defendants Anti-Choking Devices ("Accused Devices") |
|---|---|
| | Alternatively, the Accused Devices have the equivalent of at least one relief valve that is disposed on at least one of the bellows assembly, and the facemask that accomplishes the same function, in the same way, to achieve the same result. |