IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Shaoshan Zhangzhu Trading Co., Ltd.; Wenxi Lixinhui Trading Co., Ltd.; Changsha Tanxiang Trading Co., Ltd.; Xiangtan Xingyan Trading Co., Ltd.; Boai County Wenkang Department Store Online Shop; Xiangxiang Junkoujin Trading Co., Ltd.; Xianyou County Huanke Trading Co., Ltd.<br><br>*Plaintiff*,<br><br>v.<br><br>Arthur Lih, and Life Vac LLC,<br><br>*Defendants*. | CASE NO. 1:25-cv-2198<br><br>JURY DEMAND |

## PLAINTIFFS' ANSWER TO THE COMPLAINT AND COUNTERCLAIMS

Counterclaim-Defendants Lixinhui Trading Co., Ltd.; Changsha Tanxiang Trading Co., Ltd.; Xiangtan Xingyan Trading Co., Ltd.; Boai County Wenkang Department Store Online Shop; Xiangxiang Junkoujin Trading Co., Ltd.; Xianyou County Huanke Trading Co., Ltd. (collectively as "Counterclaim-Defendants"), by and through their undersigned counsel, submit their Answer, Affirmative Defenses to the Counterclaims (Dkt. No. 26) for Patent Infringement of Counterclaim-Plaintiffs Arthur Lih, and Life Vac LLC (collectively as "Counterclaim-Plaintiffs"), as follows:

## COUNTERCLAIMS

1. Paragraph 1 states a legal conclusion, to which no answer is required. To the extent an answer is required, Counterclaim-Defendants deny any infringement of any valid and enforceable claim of the United States Patent No. 10,052,115 ("the '115 Patent").

## INTRODUCTION

2. Counterclaim-Defendants deny all the allegations of Paragraph 2 in that they presently lack sufficient knowledge or information upon which to form a belief as to the truth thereof.

3. Deny.

## PARTIES

4. Counterclaim-Defendants deny all the allegations of Paragraph 4 in that they presently lack sufficient knowledge or information upon which to form a belief as to the truth thereof.

5. Counterclaim-Defendants deny all the allegations of Paragraph 5 in that they presently lack sufficient knowledge or information upon which to form a belief as to the truth thereof.

6. Admit.

7. Admit.

8. Admit.

9. Admit.

10. Admit.

11. Admit.

12. Admit.

## JURISDICTION AND VENUE

13. Paragraph 13 states a legal conclusion, to which no answer is required. To the extent an answer is required, Counterclaim-Defendants do not presently contest that this Court has jurisdiction over this matter.

14. Paragraph 14 states a legal conclusion, to which no answer is required. To the extent an answer is required, Counterclaim-Defendants do not presently contest that he venue is proper in this district.

## U.S. PATENT NO. 10,052,115

15. Counterclaim-Defendants admit that the '115 Patent was issued on August 21, 2018, and names Arthur Lih as the inventor and applicant. Counterclaim-Defendants deny the remaining allegations in Paragraph 15 of the Counterclaim.

16. Counterclaim-Defendants admit that the '115 Patent claims a choking intervention device.

17. Counterclaim-Defendants admit that the '115 Patent has two independent claims and sixteen dependent claims.

18. Deny.

19. Counterclaim-Defendants deny all the allegations of Paragraph 19 in that they presently lack sufficient knowledge or information upon which to form a belief as to the truth thereof.

20. Counterclaim-Defendants deny all the allegations of Paragraph 20 in that they presently lack sufficient knowledge or information upon which to form a belief as to the truth thereof.

## INFRINGING DEFENDANTS' INFRINGING ACTIVITIES

21. Deny.

22. Deny.

23. Counterclaim-Defendants deny all the allegations of Paragraph 23 in that they presently lack sufficient knowledge or information upon which to form a belief as to the truth thereof.

24. Deny.

25. Counterclaim-Defendants deny all the allegations of Paragraph 25 in that they presently lack sufficient knowledge or information upon which to form a belief as to the truth thereof.

26. Deny.

27. Deny.

## COUNT I: INFRINGEMENT OF THE '115 PATENT

28. As to the allegations in Paragraph 28, Counterclaim-Defendants repeat and reiterate each and every one of the foregoing answers in response to the allegations made in paragraph 28 of the Counterclaim herein with the same force and effect as though set forth at length.

29. Deny.

30. Deny.

31. Deny.

32. Deny.

33. Deny.

34. Deny.

## PRAYER FOR RELIEF

Counterclaim-Defendants deny that Counterclaim-Plaintiffs are entitled to any of the requested relief.

## AFFIRMATIVE DEFENSES

Counterclaim-Defendants incorporate by reference the foregoing paragraphs and all claims and defenses set forth in their Complaint for Declaratory Judgment of Non-Infringement and Invalidity. Counterclaim-Defendants assert the following affirmative defenses to the claims set forth in the Counterclaim. Counterclaim-Defendants reserve the right to amend this Answer, including to assert additional affirmative defenses and counterclaims, as discovery proceeds and additional facts become known.

### FIRST AFFIRMATIVE DEFENSE
### (Prosecution History Estoppel/Disclaimer)

Counterclaim-Plaintiffs' claim is barred, in whole or in part, based upon prosecution history estoppel, prosecution history disclaimer, and/or internally inconsistent litigation positions Counterclaim-Plaintiffs have explicitly or implicitly taken with respect to the '115 Patent or related patents in proceedings before the USPTO during the prosecution of these patents.

### SECOND AFFIRMATIVE DEFENSE
### (Mitigation of Damages)

Counterclaim-Plaintiffs are not entitled to recover the damages they seek on the grounds that they failed to mitigate their damages.

### THIRD AFFIRMATIVE DEFENSE
### (No Willful Infringement)

Counterclaim-Plaintiffs are not entitled to enhanced damages because they cannot prove that Counterclaim-Defendants have not intentionally, willfully, or deliberately infringed any of the '115 Patent or acted with egregious conduct.

### FOURTH AFFIRMATIVE DEFENSES
### (Not an Exceptional Case)

Counterclaim-Plaintiffs cannot prove that this is an exceptional case under 35 U.S.C. § 285 because they lack evidence of litigation misconduct, frivolous claims, or other grounds recognized by controlling precedent..

## FIFTH AFFIRMATIVE DEFENSES
### (Failure to Mark)

To the extent that Counterclaim-Plaintiffs failed to properly mark any of their relevant products, as required by 35 U.S.C. § 287, or otherwise give proper notice that Counterclaim-Defendants' actions allegedly infringed the '115 Patent, Counterclaim-Defendants are not liable to Counterclaim-Plaintiffs for the acts alleged to have been performed before Counterclaim-Defendants received actual notice thereof.

WHEREFORE, Counterclaim-Defendants respectfully request that the Court dismiss the Counterclaim in its entirety with prejudice, award Counterclaim-Defendants their costs and reasonable attorney's fees, and grant such other and further relief as the Court deems just and proper.

Date: August 12, 2025

/s/ Wei Wang
Wei Wang, Esq.
GLACIER LAW LLP
41 Madison Avenue, Suite 2529
New York, NY 10010
wei.wang@glacier.law
212-729-5073

***Attorney for Counterclaim-Defendants***

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this August 12, 2025, I electronically filed the foregoing file with the Clerk of Court using the CM/ECF system, and service was perfected on all counsel of record and interested parties through this system, which will deliver a true and correct copy of the foregoing documents via CM/ECF.


Date: August 12, 2025                                          /s/ Wei Wang
                                                                               Wei Wang