# GLACIER LAW LLP

41 Madison Avenue,
Suite 2529,
New York, 10010
Email: WEI.WANG@GLACIER.LAW
Web: WWW.GLACIER.LAW

August 19, 2025

**Via Electronic Case Filing**
Hon. Steven I. Locke, U.S.M.J.
Daniel Patrick Moynihan
United States Courthouse
100 Federal Plaza, Courtroom 820
Central Islip, New York 11722

    Re: *Shaoshan Zhangzhu Trading Co., Ltd. et al v. Arthur Lih et al,*
      Case No: 2:2025-cv-02198

Dear Judge Locke:

  We represent Plaintiffs in the above-referenced matter. Pursuant to Your Honor's Individual Rules and Practices in Civil Cases, Paragraph 2.B, Plaintiffs, together with Defendants, jointly request an adjournment of the Initial Conference for sixty (60) days.

  On July 21, 2025, the Court scheduled an Initial Conference for August 21, 2025, at 11:30 a.m. in Courtroom 820 of the Central Islip courthouse. *See* Dkt. 25.

  The parties have recently engaged in settlement discussions and have reached agreement on several significant issues. The parties are optimistic that continued negotiations may resolve the dispute without the need for further litigation. This is the parties' first request to adjourn the Initial Conference.

  Accordingly, adjourning the Initial Conference will conserve judicial resources and avoid unnecessary litigation expenses while the parties focus their efforts on finalizing a settlement. This request is made in good faith and not for purposes of delay.

  We thank the Court for its time and consideration.

                Respectfully submitted

                By: /s/ Wei Wang
                Wei Wang
                Glacier Law LLP
                41 Madison Avenue, Suite 2529
                New York, NY 10010
                (212) 729-5073